[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 8, 2005
THOMAS K. KAHN
CLERK

No. 04-11715
Non-Argument Calendar
_____

D.C. Docket No. 03-00196-CR-J-25HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LARRY BANKS,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

(June 8, 2005)

ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES

Before BLACK, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Larry Banks was convicted of possession of firearms by a convicted felon, in violation of 18 U.S.C. § 922(g)(1), and sentenced as an armed career criminal under U.S.S.G. § 4B1.4 and 18 U.S.C. § 924(e). On November 16, 2004, we affirmed his conviction and sentence. Notably, Banks did not challenge the constitutionality of his sentence under Blakely v. Washington, 542 U.S. –, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004) before the district court or this court. Nor did he move for rehearing. The Supreme Court granted certiorari, vacated our opinion and remanded the case to us for reconsideration in light of United States v. Booker, 543 U.S. –, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

Because Banks did not raise a constitutional challenge to his sentence before the district court or this court, any possible claim based on the Supreme Court's recent decisions in Booker and Blakely has been abandoned. See United States v. Dockery, 401 F.3d 1261, 1262-63 (11th Cir. 2005) (holding that appellant abandoned his Booker claim on appeal by not raising a timely constitutional challenge to his sentence in his initial brief).

Accordingly, we AFFIRM.